1  Matthew Becker, SBN 262816
   BECKER LAW PRACTICE
2  333 University Ave #200
   Sacramento, CA 95825
3  beckerlawpractice@gmail.com
   Ph. (916)591-5150
4  Fx. (916)352-6299
   Attorney for Plaintiff:
5  Eric Giannini

6                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
7

8  Eric Giannini,                    )
                                      )   CASE NO. 2:21-cv-00581-TLN-KJN
9             Plaintiff,              )
                                      )   ORDER TO FILE SECOND
10                                    )   AMENDED COMPLAINT AND TO
       vs.                            )   PERMIT AN EXTENSION OF TIME
11                                    )   FOR A RESPONSIVE PLEADING
                                      )
12 COUNTY OF SACRAMENTO,              )
   IVORY JONES, individual and official)
13 capacity,                          )
                                      )
14 HALEY HALLARAN, individual and     )
   official capacity,                 )
15 DONNA FERTADO, individual and      )
                                      )
16 official capacity,                 )
   TARA ZIELENSKI, individual and     )
17 official capacity,                 )
                                      )
18 FRANCA UMEH, individual and        )
   official capacity,                 )
19 BALLAY KAMARA, individual and      )
                                      )
20 official capacity,                 )
   STACI MORENO, individual and       )
21 official capacity,                 )
                                      )
22 RICHARD HAMILTON, individual and )
   official capacity,                 )
23 MICHAEL PIETREK, individual and    )
                                      )
24 official capacity,                 )
   SHAWN ALLGEIER, individual and     )
25 official capacity,                 )
                                      )
26 and DOES 1-60 inclusive,           )
                                      )
27            Defendants.             )

28                              Page **1** of **2**

Having read the stipulation between the parties for Plaintiff's filing of a Second Amended Complaint and to establish a time for responsive pleadings to be filed; Good cause has been shown and in order to ensure that the Court's time is used efficiently, the Court ORDERS:

1) Plaintiff is to file a SECOND AMENDED COMPLAINT not less than 3 days following the filing of this ORDER

2) Defendants have 30 days following the filing of the SECOND AMENDED COMPLAINT to file a responsive pleading.

**IT IS SO ORDERED.**

Dated:  September 10, 2021

_____
Troy L. Nunley
United States District Judge

Page **2** of **2**

Giannini v County of Sacramento et al. - Case No. 2:21-cv-00581-TLN-KJN
ORDER for Filing of Second Amended Complaint and Extension of Time for a Responsive Pleading