**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Tiffany Y. Gruenberg, SBN 316441
tgruenberg@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, IVORY JONES, HALLEY HALLARAN, DONNA FURTADO (erroneously sued as FERTADO), TARA ZIELENSKI, FRANCA UMEH, BALLAY KAMARA, STACI MORENO, RICHARD HAMILTON, MICHAEL PIETREK, SHAWN ALLGEIER
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GIANNINI, | CASE NO. 2:21-cv-00581-TLN-KJN |
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND ORDER** |
| v. | |
| COUNTY OF SACRAMENTO, IVORY JONES, individual and official capacity, HALLEY HALLARAN, individual and official capacity, DONNA FERTADO, individual and official capacity, TARA ZIELENSKI, individual and official capacity, FRANCA UMEH, individual and official capacity, BALLAY KAMARA, individual and official capacity, STACI MORENO, individual and official capacity, RICHARD HAMILTON, individual and official capacity, MICHAEL PIETREK, individual and official capacity, SHAWN ALLGEIER, individual and official capacity, and DOES 1-60, inclusive, | Second Amended Complaint Filed: 9/15/21<br>First Amended Complaint Filed: 4/19/2021 |
| Defendants. | |

Defendants' response to the Second Amended Complaint is due October 15, 2021. Due to a family medical issue, more time is needed to respond. The parties stipulate that the stated family medical issue is good cause to extend the deadline for filing a responsive pleading to the Second Amended Complaint to Tuesday, October 19, 2021.

**IT IS HEREBY STIPULATED**.

Dated: October 14, 2021                               BECKER LAW PRACTICE


                                                      By /s/ Matthew Becker (authorized on 10/14/21)
                                                            Matthew Becker, SBN 262816


Dated:  October 14, 2021                              PORTER SCOTT
                                                      A PROFESSIONAL CORPORATION


                                                      By  /s/ Carl L. Fessenden
                                                            Carl L. Fessenden
                                                            Tiffany Y. Gruenberg
                                                            Attorneys for Defendants


## ORDER

Based on the stipulation of the parties, and good cause appearing, Defendants' responsive pleading is due **Tuesday, October 19, 2021**.

**IT IS SO ORDERED.**

**Date:** October 14, 2021

                                                      _____
                                                      Troy L. Nunley
                                                      United States District Judge