UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GIANNINI,<br><br>    Plaintiff,<br><br> v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants. | No. 2:21–cv–0581–TLN–KJN PS<br><br>ORDER AFTER REFERRAL |

  Upon the permitted withdrawal of plaintiff's attorney, this action was referred to the undersigned Magistrate Judge because plaintiff is now representing himself. (ECF No. 32.) In such cases, this court's Local Rules dictate the Magistrate Judge will (1) directly resolve all non-dispositive matters, and (2) conduct all hearings and issue findings and recommendations on any dispositive matters. See Local Rule 302(c)(21).

  Should the parties wish to consent to the jurisdiction of the Magistrate Judge for <u>all</u> purposes, including for the entry of final judgment, they may do so using the enclosed Consent/Decline form. See 28 U.S.C. § 636(c). There is no obligation to consent, and under Federal Rule of Civil Procedure 73(b)(1), the judges will not be notified of a party's choice unless all parties have consented. <u>Because a consent designation assists the court in determining how the action will be administratively processed, the parties are instructed to make their election and notify the Clerk of the Court **within 30 days** of entry of this order</u>.

1

It appears from the previous filings that plaintiff now desires to represent himself without assistance of counsel. Accordingly, the court wishes to ensure that it has plaintiff's correct address for future service of orders issued in this case. **Within 30 days** of entry of this order, plaintiff shall confirm that 4617 Robertson Avenue, Sacramento, California 95821 is the correct address for service.

In addition, plaintiff is advised that while the court liberally construes filings by parties who are not represented by counsel, they are still required to comply with the Federal Rules, the court's Local Rules, and all orders of the court. Under Local Rule 110, a failure to do so "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court," including monetary sanctions, the striking of a pleading or motion, or dismissal of the case.

All parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. See Local Rule 160.

Defendants' currently pending motion to dismiss (ECF No. 19), which was already fully briefed before the withdrawal of plaintiff's counsel, is now under submission before the undersigned. A written order or findings and recommendations will issue in due course.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is instructed to send plaintiff, along with service of this order, a magistrate judge Consent/Decline packet;
2. Within 30 days of the entry of this order, the parties shall file their completed Consent/Decline forms; and
3. Within 30 days of the entry of this order, plaintiff shall file a statement confirming his current address for service.

Dated: May 31, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gian.0581