UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GIANNINI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, ET AL.,<br><br>Defendant | No. 2:21–cv–00581–KJN<br><br><br><br>ORDER |

On January 25, 2023, plaintiff submitted a "Motion for Prosecution" and set a motion hearing for February 9, 2023, before the undersigned. (ECF No. 54.) However, under Local Rule 230, motions in civil cases are to be scheduled for a hearing not less than thirty-five (35) days after service and filing of the motion. L. R. 230(b).

Plaintiff is advised that the next available dates are March 21, 2023; March 28, 2023; and April 4, 2023, at 9:00 a.m. Plaintiff shall file and serve a new notice of motion setting forth a proper time and date. See L. R. 230(b); L.R. 135.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The February 9, 2023 hearing date is vacated; and

////

    2.   Plaintiff shall file and serve a new notice of motion setting forth a proper time and date.

Dated: January 30, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gian.0581